Chad S. Pehrson (12622)
PARR, BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Phone: 801-532-7840
Fax: 801-532-7750
cpehrson@parrbrown.com

*Attorneys for APG Financial, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| In re:<br><br>Natalie Nicole Buys,<br>        Debtor. | **MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Chapter 7<br><br>Case No. 14-25966<br><br>Judge William T. Thurman |
|---|---|

APG Financial, Inc., by and through undersigned counsel, respectfully moves for relief from stay in the above-captioned matter.

**STATEMENT OF FACTS**

1. On or about May 21, 2014, Natalie Nicole Buys ("Debtor" entered into a Motor Vehicle Lease Agreement (hereinafter "the Lease Agreement") pertaining to a 2006 Chevrolet

1

Cobalt (VIN # 1G1AK15F66784292).  The Lease Agreement is attached to this Motion as Exhibit "A."

2. The Vehicle is owned by APG.  The title of the vehicle, specifying APG as owner, is attached as Exhibit "B."

3. Under the Lease Agreement, Debtor agreed to make bi-monthly lease payments of $175. [*See* Ex. A, p.1.]

4. On or about June 6, 2012, Debtor filed a voluntary petition for relief under Chapter 7 of the United State Bankruptcy Code

5. At the time the Petition was filed, the Lease Agreement was not in breach.

6. However, post-petition, on September 23, 2014, Debtor did not make a payment due and owing as required under the Lease Agreement.

7. Debtor only has possessory rights to the Vehicle provided that the Lease Agreement is not in breach. [*See* Ex. A, p.1.]

8. Because Debtor has not made required payments under the Lease Agreement, she is no longer entitled to possession of the Vehicle.  The Lease Agreement specifies that a failure to make payments as required is a default, and that APG's remedy for default is to terminate the lessee's rights to use the vehicle by legal process or self-help.  [*See* Ex. A, p.3.]

9. The Debtor's bankruptcy filings failed to identify the Vehicle as a *leased* vehicle, despite express communications by APG to Debtor's bankruptcy counsel on June 13, 2014.

10. Debtor is using the vehicle, but has failed to provide APG Financial with adequate

2

      payments for the use of the Vehicle.

11. On September 30, 2014, and again on October 3, 2014, Counsel for APG contacted Debtor's counsel regarding this situation; Debtor's counsel failed to respond in any way.

12. Between September 24, 2014 and September 30, 2014, APG attempted to contact Debtor on multiple occasions and was unsuccessful.

## ARGUMENT

APG Financial is entitled to relief for cause from the automatic stay pursuant to 11 U.S.C. § 362. Numerous grounds exist for relief from the stay, including 1) to prevent irreparable harm and loss or damage to this creditor's property; 2) the Debtor does not own the Vehicle; and 3) the breach of the Lease Agreement occurred post-petition, and APG has obvious and unchallengeable rights to the Vehicle.

First, with the automatic stay in effect, APG Financial is being irreparably harmed in that the Vehicle is being used by the Debtor without any compensation for the use and depreciation, and possibly without the Vehicle being insured against loss, damage or destruction. The Debtor has not responded to numerous attempts to contact and inquire about her intentions and the state of the Vehicle. [SOF ¶ 11-12.]

Second, the Debtor and hence the Estate only has possessory rights to the Vehicle pursuant to the Lease Agreement. Yet the Lease Agreement has been breached due to non-payment. [SOF ¶ 6.] The Lease Agreement specifically states that lessee is "in default on this Lease" if lessee "fail[s] to make a payment as required by the Lease." [Ex. A, p. 3.] When the Lease agreement is in default, APG's remedies include termination of the lease and rights to use

3

the Vehicle, and taking back the Vehicle "by legal process or self help." [Ex. A, p. 3.]

Third, the breach of the Lease Agreement occurred post-petition. The Vehicle belongs to APG and APG has the right to immediately repossess the Vehicle. [SOF ¶¶ 6-8.]

WHEREFORE, APG requests the following relief:

1. That the automatic stay of 11 U.S.C. § 362(a), be terminated pursuant to 11 U.S.C. § 362(d) and the Debtor Natalie Nicole Buys be ordered to immediately surrender possession of the Vehicle to APG;

2. That any order entered pursuant to this motion be effective immediately upon its entry, thereby waiving the stay imposed by Rule 4001(a)(3).

3. That APG be awarded reasonable attorney fees and costs incurred herein pursuant to the terms and provisions of the lease.

4. That APG have such further relief as the Court deems just and equitable.

DATED:    October 22, 2014

                              **PARR BROWN GEE & LOVELESS**

                              By: /s Chad S. Pehrson
                                  Chad S. Pehrson
                                  *Attorneys for APG Financial, Inc.*

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that a copy of the foregoing was served this 22nd day of October 2014, by the Court's CM/ECF electronic transmission or by United States mail on the following:

John Bagley (CM/ECF)

Elizabeth R. Loveridge, trustee (CM/ECF)

United States Trustee (CM/ECF)

Natalie Nicole Buys (US MAIL)
477 N. 7th Street
Tooele, UT 84074

Utah Department of Transportation (US MAIL)
4501 South 2700 West
PO Box 148455
SLC UT 84114

Art Institute of Salt Lake (US MAIL)
121 West Election Road
Suite 100
Draper, UT 84020

Capital One (US MAIL)
PO Box 30281
Salt Lake City, UT 84130

Checkpoint One (US MAIL)
324 N. Main St.
Tooele, UT 84074

Ear Nose Throat Center (US MAIL)
756 East 12200 South
Draper, UT 84020

Enhanced Acquisitions (US MAIL)

4

3840 E. Robinson Rd.
Suite 353
Buffalo, NY 14228

Express Recovery Services (US MAIL)
PO Box 26415
Salt Lake City, UT 84126

Federal Loan Servicing (US MAIL)
PO Box 60610
Harrisburg, PA 17106

Heritage West Credit Union (US MAIL)
430 E Main St
Grantsville, UT 84029

Knight Adjustment Bureau (US MAIL)
823 E. 400 S.
Salt Lake City, UT 84102

Mountain Loan Centers, Inc. (US MAIL)
1251 E. 100 S.
Saint George, UT 84790

Mountain Medical Physicians (US MAIL)
5444 S. Green Street
Salt Lake City, UT 84123

Mountain West Anesthesia (US MAIL)
PO Box 3570
Salt Lake City, UT 84110-3570

Mountain West Medical Center (US MAIL)
2055 N Main St
Tooele, UT 84074

Noble Finance (US MAIL)
134 W 1180 N # 13
Tooele, UT 84074

5

Security Finance Service (US MAIL)
PO Box 3146
Spartanburg, SC 29304

Todd Bremer & Lawson (US MAIL)
PO Box 36788
Rock Hill, SC 29732

USA Cash Services (US Mail)
4901 S State St
Ste D
Salt Lake City, UT 84107

US Department of Education (US MAIL)
PO Box 4222
Iowa City, IA 52244

Verizon Wireless (US MAIL)
PO Box 26055
Minneapolis, MN 55426

    /s/ Chad S. Pehrson