**Proposed Order Prepared by:**
Chad S. Pehrson (12622)
PARR, BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Phone: 801-532-7840
Fax: 801-532-7750
cpehrson@parrbrown.com

*Attorneys for APG Financial, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>Natalie Nicole Buys,<br>    Debtor. | **[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Chapter 7<br><br>Case No. 14-25966<br><br>Judge William T. Thurman |

APG Financial, Inc. filed a Motion for Relief from Automatic Stay (the "Motion") on October 22, 2014. There being no objection to the Motion, and good cause appearing therefore, it is hereby ordered as follows:

1. That the automatic stay of 11 U.S.C. § 362(a), be terminated pursuant to 11 U.S.C. § 362(d) as to the Vehicle (as defined in the Motion, a 2006 Chevrolet Cobalt, VIN #

1

      1G1AK15F66784292).

2. That this Order is effective immediately upon its entry, thereby waiving the stay imposed by Rule 4001(a)(3).

3. That APG and/or its successors and assigns may, at their option, exercise their contractual, state and common law remedies relating to the Vehicle.

DATED: _____, 2014

By:_____
The Honoroable William T. Thurman,
United States District Judge